# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 5:13-mj-00561-HGD |
| ) | |
| TERENCE ORRICK JONES ) | |

## FINDING OF PROBABLE CAUSE

After the testimony and evidence presented at the detention hearing held in this matter on April 30, 2013, the undersigned magistrate judge finds that there is probable cause to believe the defendant has committed an offense in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 21 U.S.C. § 846.

DONE this 1st day of May, 2013.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE